■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER A. WILSON, Appellant. [20 NYS3d 925]—Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered May 10, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the first degree (Penal Law § 220.21 [1]). We affirm for the reasons stated in *People v Richardson* (132 AD3d 1313 [2015]). Present—Scudder, P.J., Centra, Carni, Whalen and DeJoseph, JJ.